UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chanrathana Khem

v.  Civil No. 06-cv-330-JD

John Teves, et al.

O R D E R

On December 3, 2007, defendant Strafford County Department of Corrections filed a Motion for Summary Judgment and Memorandum in support thereof. Shortly thereafter, exhibits to this motion were filed.

Defendant Strafford County has filed two addendums to their Motion for Summary Judgment; one being on December 13, 2007, document #15, and the other January 24, 2008, document #17. As the deadline for filing a Motion for Summary Judgment has expired, a motion for leave to file additional pleadings must be filed.

Counsel is reminded of Federal Rule of Civil Procedure 5.2 - Privacy Protection for Filings Made with the Court. The Court has sealed the Attachment to document 17 as the exhibit contains an unredacted society security number and dates of birth. A redacted version of the exhibit should be filed as an Addendum.

SO ORDERED.

January 25, 2008
/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

cc: Michael Sheehan, Esq.
John Teves, pro se
Michael Ricker, Esq.