UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Chanrathana Khem</u>

           v.                          Civil No. 06-cv-330-JD

<u>John Teves, individually, and</u>
<u>Strafford County Department of Corrections</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

May 30, 2008                                       /s/Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

cc:    Michael Sheehan, Esq.
        Michael A. Ricker, Esq.
        John Teves, pro se